IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER HOGAN,<br><br>    Petitioner,<br><br>v.<br><br>LARRY SCRIBNER, Warden,<br><br>    Respondent.                  / | No. C 07-00779 SBA (PR)<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND AND ADDRESSING PENDING MOTION**<br><br>(Docket nos. 3, 5) |

      Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a conviction from the San Francisco County Superior Court.[1] He also filed a motion for leave to proceed in forma pauperis. He has not signed his petition, however, as required by Federal Rules of Civil Procedure, Rule 11(a).

      Before the Court is Petitioner's motion for leave to amend his petition (docket no. 5). He seeks to correct errors made in the filing of his petition, including changing the caption from "First District Court of Appeal" to "United States District Court for the Northern District of California" and submitting his full address. He fails to mention that he did not sign his petition on page six of the form. The Court GRANTS Petitioner's motion for leave to amend his petition. The petition will be DISMISSED with leave to amend to file an amended petition containing all the changes Petitioner noted in his motion, his signature, as well as all exhausted federal claims/arguments he wishes to pursue in this habeas action. The amended pleading must be simple and concise and in the Court's habeas form as indicated below.

---

[1] Petitioner named the People of the State of California as the respondent in this action. Larry Scribner, the current warden of Calipatria State Prison where Petitioner is currently incarcerated, has been substituted as Respondent in place of the People of the State of California.

**CONCLUSION**

For the foregoing reasons, the Court orders as follows:

1. Leave to proceed <u>in forma pauperis</u> is GRANTED (docket no. 3).

2. The petition is DISMISSED WITH LEAVE TO AMEND. Within **thirty (30) days** of the date of this Order, Petitioner may file an amended petition. He should submit the amended petition as directed above using the attached blank habeas petition form, clearly label the petition an "Amended Petition," and write in the caption and case number for this action -- <u>Hogan v. Scribner</u>, Case No. C 07-0779 SBA (PR) -- on the form. If Petitioner fails to file an amended petition within the thirty-day period, this action will be dismissed without prejudice.

3. The Clerk of the Court shall send Petitioner a blank § 2254 habeas petition form.

4. Petitioner's motion for leave to amend his petition (docket no. 5) is GRANTED.

5. This Order terminates Docket nos. 3 and 5.

IT IS SO ORDERED.

DATED: 5/16/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER HOGAN,<br><br>   Plaintiff,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA et al,<br><br>   Defendant.                           / | Case Number: CV07-00779 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lester Hogan V-52254
California State Prison - Calipatria
P.O. Box 5005
Calipatria, CA 92233

Dated: May 17, 2007

   Richard W. Wieking, Clerk
   By: LISA R CLARK, Deputy Clerk

3